# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ralph Davis,<br><br>Plaintiff,<br><br>– against–<br><br>Citibank, National Association, Experian Information Solutions, Inc., Trans Union, LLC and Equifax Information Services, LLC,<br><br>Defendant(s). | Case No. 1:18-cv-10223-ER<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Ralph Davis, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

    IT IS, THEREFORE, ORDERED that all claims of Plaintiff Ralph Davis against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Ralph Davis and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: October 20, 2020

_____
JUDGE, United States District Court,
Southern District of New York